**UNITED STATES of America,**
**Appellee,**

v.

**Modesto De Asuncion MANCIA–**
**POLANCO, Appellant.**

No. 10–1771.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 26, 2010.

Filed: Sept. 3, 2010.

Candace L. Taylor, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Appellee.

Modesto De Asuncion Mancia–Polanco, Eden, TX, pro se.

John VanWinkle, John R. Van Winkle Law Office, Fayetteville, AR, for Appellant.

United States Magistrate Judge for the District of Minnesota.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Modesto Mancia–Polanco directly appeals the within-Guidelines-range sentence the District Court[1] imposed after he pleaded guilty to an immigration offense. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting the sentence is excessive.

Upon careful review, we conclude that the District Court, in sentencing Mancia–Polanco, committed no procedural error and imposed a substantively reasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (in reviewing sentences, the appellate court first ensures that no significant procedural error occurred, then considers the substantive reasonableness of the sentence under an abuse-of-discretion standard, taking into account the totality of the circumstances; if the sentence is within the Guidelines range, the appellate court may, but is not required to, apply a presumption of reasonableness).

Having independently reviewed this matter under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.